IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM TRUJILLO,

       Plaintiff,                        No. CIV S-07-1850 MCE KJM P

   vs.

COUNTY OF MODOC, et al.,

       Defendants.               FINDINGS & RECOMMENDATIONS

_____/

       By order filed December 11, 2007, plaintiff was granted thirty days in which to file an amended complaint, or in the alternative, if he chose not to amend, to notify the court and the court would issue the documents necessary for service on defendant Nessling. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4 F.2d 1153 (9th Cir. 1991).

5 DATED: February 29, 2008.

    _____
    U.S. MAGISTRATE JUDGE

truj1850.fta