IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM TRUJILLO

      Plaintiff,                    No. CIV S-07-1850 MCE KJM P

    vs.

COUNTY OF MODOC, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        On March 3, 2008, this court recommended that the action be dismissed for plaintiff's failure to file an amended complaint or to notify the court that he wished to proceed on his original complaint.  Plaintiff filed objections, explaining the delay in responding to the screening order and informing the court he wished to proceed on his original complaint.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations of March 3, 2008 (docket no. 12) are hereby vacated.

3    2. Service is appropriate for the following defendant: Nessling.

4    3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed September 7, 2007.

5    4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for the defendant listed in number 2 above; and

   d. Two copies of the endorsed complaint filed September 7, 2007.

6    5. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  April 21, 2008.

_____
U.S. MAGISTRATE JUDGE

2
truj1850.1+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM TRUJILLO,

      Plaintiff,                                  No. CIV S-07-1850 MCE KJM P

    vs.

COUNTY OF MODOC ,et al.,

                                          <u>NOTICE OF SUBMISSION</u>

      Defendant.                        <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          _____    completed summons form

          _____    completed USM-285 forms

          _____    copies of the _____

                        Complaint/Amended Complaint

DATED:

                                              Plaintiff